ARTHUR J. ANDERSON, administrator, &c., complainant-respondent,

*v.*

BROAD STREET NATIONAL BANK OF TRENTON, defendant-appellant.

[Argued June 25th, 1919.   Decided March 1st, 1920.]

On appeal from a decree advised by Vice-Chancellor Backes, whose opinion is reported in *90 N. J. Eq.* 78.

*Messrs. Wicoff & Lanning,* for the appellant.

*Mr. Frederic R. Brace,* for the respondent.

PER CURIAM.

We concur in the view expressed by the learned vice-chancellor in his opinion filed in this cause, that the case is indistinguishable in principle from *Sullivan* v. *Maroney, 77 N. J. Eq. 565,* and that that decision is therefore controlling.

The decree will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—14.

*For reversal*—None.